IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TYTON HESTER, #222160 | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19cv836 |
| | § | |
| DENTON COUNTY SHERIFF | § | |
| | § | |

**ORDER OF DISMISSAL**

This case were referred to United States Magistrate Judge Christine A. Nowak, who issued a Report and Recommendation concluding Petitioner's case should be dismissed without prejudice for failure to pay the $5.00 filing fee. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such actions, has been presented for consideration. No objections having been timely filed, the Court concludes the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

Accordingly, it is **ORDERED** the petition for writ of habeas corpus is **DENIED**, and the case is **DISMISSED** without prejudice. A certificate of appealability is **DENIED**. It is further **ORDERED** all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 15th day of May, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE